NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mitchell Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579

ATTORNEY(S) FOR: Mitchell Taylor Button (pro se)

CLEAR FORM

FILED
CLERK, U.S. DISTRICT COURT
07/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mitchell Taylor Button

Plaintiff(s),

v.

Page Rad (a.k.a. @norcal_lowlife5)

Defendant(s)

CASE NUMBER:

8:26-cv-02065-FWS (RAOx)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Mitchell Taylor Button (pro se) or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mitchell Taylor Button | Plaintiff |
| Page Rad | Defendant |

July 29th, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Mitchell Taylor Button