AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED
CLERK, U.S. DISTRICT COURT
07/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
for the

Mitchell Taylor Button
*Plaintiff/Petitioner*
v.
Page Rad (a.k.a @norcal_lowlife5)
*Defendant/Respondent*

Civil Action No. 8:26-cv-02065-FWS (RAOx)

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am unemployed.

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per *(specify pay period)* ______________.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

My family and I receive benefits from SNAP, TANF, and WIC following severe hardship. I do not receive any unemployment or other benefits other than government assistance named above. I have attached supplemental information regarding the government assistance.

4. Amount of money that I have in cash or in a checking or savings account: $ 21.56 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Dusty Button (wife) - we receive the same government assistance for each of us, and to support our child. Child is under 2 years old.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
(Please see attached supplemental information).

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: July 29th, 2026

[signature]
*Applicant's signature*

Mitchell Taylor Button
*Printed name*

Print | Save As... | Add Attachment | Reset

SUPPLEMENT TO IFP APPLICATION

I receive SNAP benefits for food each month in South Carolina, as our family meets the eligibility requirements for SNAP and TANF assistance. Our household food allowance is $439.00 per month, covering Dusty Button, Mitchell Taylor Button, and our one year old child, born August 8, 2024.

I also receive Medicaid, which covers medical expenses related to my wife's pregnancy, birth of our child, and our own healthcare needs. We expect to continue to receive SNAP and Medicaid in the future as we remain financially eligible. Both benefits were recently renewed.

---

We do not receive financial support other than minimal assistance from a family member, who has purchased essential items for our child (such as diapers and toiletries) not covered by Medicaid or SNAP. Outside of this limited help, we do not receive any other financial assistance.

**Question: Do you have any debts or financial obligations not described above?**

- 2 × Bank of America Credit Cards – $7,288.18 / $759.71 (collections)
- 2 × Chase Bank Credit Cards – $1,735.00 / $1,241.75 (collections)

- American Express Credit Card – $1,337.58 (collections)
- 2 × Capital One Credit Cards – $1,046.00 / $750.00 (collections)
- Randazza Legal Group – $273,251.55 (unpaid legal fees, lost counsel due to inability to pay)
- Hunter Warfield – $22,164.15 (collections; eviction-related debt due to litigation)
- Laura Button – $150,000.00 (loans for legal fees, filings, transportation, medical bills, and living expenses since May 13, 2021)
- Anderson Voss – $37,500.00 / $40,000.00 (breached promotional contracts canceled due to Nevada litigation)
- IRS – $9,315.07 (non-collectible status approved due to no income)
- MAGNA Legal Services – $1,270.70 (unpaid deposition invoice)
- Felix Investigations – $125.00 (unpaid subpoena service)

---

## CONSISTENT FINDINGS OF INDIGENCE IN OTHER JURISDICTIONS

Multiple courts have recently granted Plaintiff in forma pauperis (“IFP”) status in nearly identical cases, confirming both (1) their indigence and (2) the non-frivolous nature of their claims:

1. **Button v. Lopresti**, No. 25-cv-867-DMS-DDL (S.D. Cal. July 2025) (IFP granted; U.S. Marshal service ordered).
2. **Button v. Kingsley**, No. 2:25-cv-02619-SMB (D. Ariz. July 2025) (IFP granted; U.S. Marshal service ordered).

3. **Button v. Jimison**, No. 3:25-cv-05622 (W.D. Wash. July 2025) (IFP granted; US Marshal service ordered).

4. **Button v. Melcher**, No. 25-1316 (1st Cir. July 2025) (IFP granted on appeal and in district Court - 1:24-cv-12632-WGY).

5. **Button v. Roe**, No. 25-1394 (1st Cir. Aug. 2025) (IFP granted on appeal).

6. **Humphries v. Button**, No. 2:21-cv-01412-ART-EJY (D. Nev.) (case proceeding IFP for over four years).

7. **Button v. McCawley**, No. 0:24-cv-60911 (S.D. Fla.) (waiver of PACER fees granted; case now on appeal in the Eleventh Circuit).

8. **Button v. Humphries**, No. 8:24-cv-01730 (C.D. Cal.) (PACER fee waiver granted; case now on appeal in the Ninth Circuit pending IFP).

9. PACER fee waivers have also been granted in:

    - **Button v. Doherty**, No. 1:24-cv-05026-JPC-KHP (S.D.N.Y. 2024);
    - **Button v. The New York Times Co. et al.**, No. 1:24-cv-05888-MKV (S.D.N.Y. 2024); and
    - **Button v. Breshears**, No. 1:24-cv-03757-MKV (S.D.N.Y. 2024).