# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mitchell Taylor Button,

PLAINTIFF(S)

v.

Page Rad,

DEFENDANT(S)

CASE NUMBER

8:26-cv-02065-FWS-RAO

## ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees. ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

Plaintiff did not use Form CV-60.

Plaintiff also did not specify how he covers basic living expenses such as housing, transportation, and utilities. (Dkt. 3.)

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

- ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
- ☐ The action is frivolous or malicious.
- ☐ The action fails to state a claim upon which relief may be granted.
- ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

Plaintiff must file a Request using Form CV-60. The form is available at www.cacd.uscourts.gov. Any answer on the Request that is inconsistent with the original Request must be accompanied by a statement explaining the inconsistency.

In the alternative, Plaintiff must pay the filing fee of $405.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

August 6, 2026

Date

United States District Judge/ Fred W. Slaughter