Print Form

Clear Form

FILED
CLERK, U.S. DISTRICT COURT
08/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY BOM DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mitchell Taylor Button

PLAINTIFF/PETITIONER

v.

Page Rad

DEFENDANT/RESPONDENT

CASE NUMBER

8:26-cv-02065-FWS-RAO

## REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

I, Mitchell Taylor Button declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer:

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. May 2021, $8,000 per month

2. Have you received, *within the past twelve months*, any money from any of the following sources?

| | | |
|---|---|---|
| Public benefits? | ☑ Yes | ☐ No |
| Business, profession or form of self-employment? | ☐ Yes | ☑ No |
| Rent payments, interest or dividends? | ☐ Yes | ☑ No |
| Pensions, annuities or life insurance payments? | ☐ Yes | ☑ No |
| Gifts or inheritances? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☐ Yes | ☑ No |
| Loans? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☐ Yes | ☑ No |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: SNAP - approximately $400-500 per month for food
TANF approximately $350 for living expenses - necessities for child - diapers, food etc.

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable) ☑ Yes ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. Checking account - $49.70

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If you answer is yes, describe the property and state its approximate value: ______

5. In what year did you last file an Income Tax Return? 2020

   Approximately how much income did your last return reflect? 0

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Dusty Button (wife), Son (2 yrs old, name protected from pub

   Do in kind word in exchange for room to stay - as stated in declarations for SNAP and TANF

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | in kind work exchange | Credit Cards | none |
| Transportation | provided by family | Child Care | none |
| Food | SNAP | Insurance | none |
| Medical | Medicaid | Loans | none |
| Utilities | no utility payment | Other | none |

South Carolina
State

Horry
County (or City)

**I,** Mitchell Taylor Button **declare under penalty of perjury that the foregoing is true and correct. Executed on:**

August 12th, 2026
Date

Plaintiff (Signature)