Mitchell Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
843-780-8383
desmodynamica@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
08/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MITCHELL TAYLOR BUTTON<br><br>PLAINTIFF,<br><br>V.<br><br>PAGE RAD individually, also known as<br><br>@norcal_lowlife5<br><br>DEFENDANT. | Case No: 8:26-cv-02065-FWS-RAO<br><br>PLAINTIFF'S REQUEST FOR ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL |

Plaintiff Mitchell Taylor Button, proceeding pro se, respectfully requests that the Court order service of the summons and complaint on Defendant Page Rad by the United States Marshal.

1. Plaintiff is proceeding in forma pauperis in this action.
2. Under Federal Rule of Civil Procedure 4(c)(3), the Court must order service by the United States Marshal or another specially appointed person when a plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915.
3. Under 28 U.S.C. § 1915(d), officers of the court shall issue and serve all process in cases where a party proceeds in forma pauperis.
4. The Clerk has issued the summons in this action.
5. Plaintiff attempted to avoid the need for formal service by emailing Defendant a request to waive service on August 17th, under Federal Rule of Civil Procedure 4(d), together with the waiver materials and case documents. Defendant has not returned a signed waiver.
6. Plaintiff therefore respectfully requests that the Court direct the United States Marshal to serve Defendant Page Rad with the summons, complaint, and any other documents required by the Court.

Defendant's last known service address is:

Page Rad

17671 Metzler Ln A-4

Huntington Beach, CA 92647

Plaintiff will provide any completed USM-285 form or additional service documents required by the Clerk or United States Marshal.

Respectfully dated this 23rd day of August, 2026

Mitchell Taylor Button (Pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of California's electronic filing system on August 23rd, 2026.

Dated this 23rd day of August, 2026,

/s/______________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se)*