FILED
CLERK, U.S. DISTRICT COURT
09/07/2026
CENTRAL DISTRICT OF CALIFORNIA
BY bom DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Mitchell Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
843-780-8383
desmodynamica@gmail.com

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MITCHELL TAYLOR BUTTON

PLAINTIFF,

V.

PAGE RAD individually, also known as

@norcal_lowlife5

DEFENDANT.

Case No: 8:26-cv-02065-FWS-RAO

**NOTICE OF SUBMISSION OF SERVICE DOCUMENTS TO PAGE RAD, UNITED STATES MARSHAL**

Plaintiff Mitchell Taylor Button, proceeding pro se, hereby gives notice that, pursuant to the Court's August 31, 2026 Order Granting Plaintiff's Request for Service by the United States Marshal, Plaintiff has submitted service documents to the United States Marshals Service for service on Defendant Page Rad.

The materials submitted to the United States Marshals Service include a completed summons, a completed USM-285 form for Defendant Page Rad, and copies of the Complaint and Exhibits for service. Plaintiff files this Notice in compliance with the Court's Order requiring Plaintiff to file a notice of submission on or before September 7, 2026.

Dated this 5th day of September, 2026,

/s/____________________________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of Southern California's electronic filing system on September 5th, 2026.

Dated this 5th day of September, 2026,

/s/  ____________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se)*